1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2  Including Professional Corporations
   GERALDINE A. FREEMAN, Cal. Bar No. 111483
3  JENNY Y. PARK GARNER, Cal. Bar No. 215319
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4106
   Telephone:  415-434-9100
5  Facsimile:  415-434-3947

6  BARNES & THORNBURG LLP
   Wendy D. Brewer (IN Bar #22669-49)
7  Timothy A. Hammons (IN Bar #23596-49)
   11 South Meridian Street
8  Indianapolis, IN 46204
   Telephone:  (317) 236-1313
9  Facsimile:  (317) 231-7433
   (Admitted Pro Hac Vice)
10
   Attorneys for Plaintiff
11 DAWN FOOD PRODUCTS, INC.

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15
   DAWN FOOD PRODUCTS, INC.,                | Case No. C04-05382 CRB
16 a Michigan corporation,                  |
                                            | **STIPULATION FOR DISMISSAL
17            Plaintiff,                    | AND [PROPOSED] ORDER**
                                            |
18       v.                                 |
                                            |
19 SVENHARD'S SWEDISH BAKERY,               |
   a California corporation, and RONNY     |
20 SVENHARD,                                |
                                            |
21            Defendants.                   |

22
23
24
25
26
27
28

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff DAWN FOOD PRODUCTS, INC. and defendants SVENHARD'S SWEDISH BAKERY and RONNY SVENHARD, by and through their respective attorneys of record, hereby stipulate and agree that the above-entitled action, including any and all claims, be dismissed with prejudice, each party to bear its own fees and costs.

Facsimile signatures shall be deemed original signatures, and this stipulation may be executed in one or more counterparts.

SO STIPULATED AND AGREED.

DATED: June 3, 2005

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
GERALDINE A. FREEMAN
JENNY Y. PARK GARNER
Attorneys for Plaintiff
Dawn Food Products, Inc.

DATED: June 3, 2005

BURNHAM BROWN

By _____
GARY GARRIGUES
Attorneys for Defendants
Svenhard's Swedish Bakery and Ronny Svenhard

---

W02-SF:FPA\61443873.1

-1-

STIPULATION FOR DISMISSAL
Case No. C04-05382 CRB

## ORDER

IT IS HEREBY ORDERED, in accordance with the stipulation and agreement between the parties, that the above-entitled action be dismissed with prejudice, with each party to bear its own fees and costs.

Dated: ___June 6___, 2005



_____
The Honorable Charles R. Breyer
United States District Judge

-2-